**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Patrick Lorenzo DAWSON, a.k.a.
Black, Defendant–Appellant.**

No. 09–11890
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 28, 2009.

Christopher J. Hudson, Augusta, GA, for Defendant–Appellant.

James C. Stuchell, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Christopher J. Hudson, appointed counsel for Patrick Lorenzo Dawson in this direct criminal appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANT-** ED, and Dawson's convictions and sentences are **AFFIRMED.**